**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

RENE FELINO DOMINGO DE LEON,

Petitioner,

v.

FERETI SEMAIA, Warden, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-04224-DTB

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued ordering Respondents to immediately release Petitioner Rene Felino Domingo De Leon (A# 246-061-128) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral

arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community.

Respondents shall file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: August 18, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE